# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00424-CV

**Texas Society of Professional Engineers and James R. Winton, P.E., Appellants**

**v.**

**Texas Board of Architectural Examiners and Cathy Hendricks, Executive Director, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-07-001843, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated pending settlement negotiations. Appellants have filed an unopposed motion to dismiss appeal. Accordingly, we reinstate the appeal, grant appellants' motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellants' Motion

Filed: August 28, 2012